IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MALCOLM COLEMAN | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 22-864 |
| | : | |
| SEAN GALLAGHER | : | |

# ORDER

**AND NOW**, this 9th day of August 2023, upon considering defendant's motion for summary judgment (DI 10), and plaintiff's response (DI 12), it is **ORDERED**:

1. Defendant's motion for summary judgment (DI 10) is **DENIED**;

2. This matter is **referred** to Magistrate Judge Carol Sandra Moore Wells for all settlement purposes. Counsel shall participate in a settlement conference before Magistrate Judge Carol Sandra Moore Wells. The parties shall contact Magistrate Judge Wells's Chambers to schedule the settlement conference for a time that Magistrate Judge Wells deems appropriate; and,

3. We will hold a case management videoconference over Microsoft Teams on **August 30, 2023** at **2:00P.M.** and will send a videoconference link by e-mail to all counsel of record. All parties shall be prepared to discuss setting a date certain for trial.

MURPHY, J.